UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>BONY KUY,<br><br>               Defendant. | Case No. CR18-27RSL<br><br>ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DATES |

This matter comes before the Court on defendant Bony Kuy's "Unopposed Motion to Continue Trial and Extend Pretrial Motion Deadline." Dkt. # 13. Having considered the facts set forth in the motion, the defendant's knowing and voluntary waiver, and the remainder of the record, the Court finds as follows:

    1.     The Court adopts the facts set forth in the motion. Specifically, that defendant is charged with was arraigned and pleaded not guilty on February 2, 2018; that trial is currently scheduled for April 9, 2018; that the government recently made discovery productions on February 14, 2018, and March 7, 2018; and that defense counsel seeks additional time to review that discovery and to conduct investigation, draft potential motions, counsel defendant, and prepare for trial.

    2.     The Court accordingly finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER CONTINUING TRIAL DATE - 1

3. The Court further finds that such a continuance would serve the ends of justice; that a continuance is necessary to ensure adequate time for defense investigation, effective trial preparation, and an opportunity for defendant to benefit from these efforts; and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

4. Defendant has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including June 12, 2018, Dkt. # 14, which will allow trial to begin on May 29, 2018, as requested.

IT IS HEREBY ORDERED that the trial date be continued from April 9, 2018, to May 29, 2018.

IT IS FURTHER ORDERED that the pretrial motions cutoff date be continued to May 4, 2018.

IT IS FURTHER ORDERED that the period of time from the current trial date of April 9, 2018, up to and including June 12, 2018, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* The period of delay attributable to the filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

DATED this 21st day of March, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge