01

02

03

04

05

06          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
07                AT SEATTLE

08  UNITED STATES OF AMERICA,          )
                                       )    CASE NO. CR18-00027-RSL
09        Plaintiff,                   )
                                       )
10        v.                           )
                                       )    ORDER REVOKING RELEASE
11  BONY KUY,                          )
                                       )
12        Defendant.                   )
    _____)

13

14         On April 18, 2022, the United States Probation Office submitted a Violation Report and

15  Request for Summons alleging Defendant violated his term of supervised released by

16  consuming methamphetamine, cannabinoids, and cocaine on multiple dates.  On May 6, 2022,

17  the United States Probation Office filed a Notice of a Supplemental Violation Report alleging

18  Defendant violated his supervised release by consuming methamphetamine, cannabinoids, and

19  cocaine on multiple dates. In addition, the report alleged Defendant failed to appear for

20  numerous urinalysis testing dates. On June 21, 2022, the United States Probation Office filed a

21  Notice of Supplemental Violations alleging Defendant violated his supervised release by

22

ORDER REVOKING RELEASE

PAGE -1

01 consuming methamphetamine and cocaine, failing to notify the probation officer of a change in

02 residence, and failing to appear for multiple urinalysis testing dates.  Dkt 61, 65, 80.

03       On June 21, 2022, a status hearing was held.  The government and United States

04 Probation office sought revocation of the Defendant's supervised released. Defendant sought

05 continued release on conditions.

06       Defendant has missed a total of ten call-ins for the drug line between May 26 and June

07 17, 2022. Defendant has missed a total of four in-person urinalysis tests. Additionally,

08 Defendant failed to notify the Probation Officer of a change of residence and has been non-

09 responsive to Probation Office efforts to reach him to address a recent positive urinalysis test.

10 Defendant's drug use is escalating despite ongoing treatment.

11       Based upon the evidence set forth in the Violation Reports and presented at the Status

12 Hearing, the Court finds that there are no conditions or combination of conditions which will

13 assure that Defendant will appear and will not pose a danger to other persons, if released again;

14 and further finds that Defendant is unlikely to abide by any condition or combination of

15 conditions set by the Court.

16 It is therefore ORDERED that Defendant's release is REVOKED, and that:

17 1.  Defendant shall be detained pending the evidentiary hearing in this matter, and committed

18     to the custody of the Attorney General for confinement in a correction facility;

19 2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

20 3.  On order of the United States or on request of an attorney for the Government, the person

21     in charge of the corrections facility in which defendant is confined shall deliver the

22

ORDER REVOKING RELEASE

PAGE -2

01     defendant to a United States Marshal for the purpose of an appearance in connection with a

02     court proceeding; and

03   4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

04 the defendant, to the United States Marshal, and to the United State Probation Services Officer.

05     DATED this 21st Day of June, 2022.

06

07

08                                       S. KATE VAUGHAN
                                            United States Magistrate Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER REVOKING RELEASE

PAGE -3